# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-24-00583-CR

---

**Joshua Patrick King, Appellant**

**v.**

**The State of Texas, Appellee**

---

### FROM THE 483RD DISTRICT COURT OF HAYS COUNTY
### NO. CR-20-2863-C, THE HONORABLE TANNER NEIDHARDT, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellant Joshua Patrick King has filed a motion to dismiss his appeal. The motion is signed by both appellant and his attorney. *See* Tex. R. App. P. 42.2(a). We grant the motion and dismiss the appeal. *See id.*

_____

Gisela D. Triana, Justice

Before Justices Triana, Kelly, and Theofanis

Dismissed on Appellant's Motion

Filed: May 20, 2026

Do Not Publish